UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON MOORE, | No. EDCV 08-1754-SVW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 21, 2012    _____
STEPHEN V. WILSON
United States District Judge